395 A.2d 1014

Commonwealth v. Stevenson et al., Appellants.

Submitted November 14, 1977. John J. Morgan, for appellants; Robert F. Hawk and Richard W. Givan, Assistant District Attorneys, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.